IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LEWIS, | No. 2:24-CV-1108-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., | |
| Defendant. | |

   Plaintiff, who is proceeding with retained counsel, bring this civil action. The matter is set for an initial status/scheduling conference before the undersigned on November 19, 2025, at 10:00 a.m., via Zoom. On or before November 12, 2025, the parties shall meet and confer and file with the Court a <u>joint</u> scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

   IT IS SO ORDERED.

Dated:  October 10, 2025

                      _____
                      DENNIS M. COTA
                      UNITED STATES MAGISTRATE JUDGE