

United States District Court
Eastern District of California

Jessica Lewis

Plaintiff(s)

V.

Ulta Salon, Cosmetics & Fragrance, Inc.

Defendant(s)

Case Number: 2:24-cv-01108-DC-DMC

APPLICATION FOR PRO HAC VICE; ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Suzanne M. Watson__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant, Ulta Salon, Cosmetics & Fragrance, Inc.

On __June 14, 2010__ (date), I was admitted to practice and presently in good standing in the __State of Wisconsin__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/20/2025

Signature of Applicant: /s/ *Suzanne M. Watson*

**Pro Hac Vice Attorney**

Applicant's Name: Suzanne M. Watson

Law Firm Name: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 1243 N. 10th Street, Suite 200

City: Milwaukee   State: WI   Zip: 53205

Phone Number w/Area Code: 414-239-6407

City and State of Residence: Wales, WI

Primary E-mail Address: suzanne.watson@ogletreedeakins.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anthony J. DeCristoforo

Law Firm Name: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 400 Capitol Mall, Suite 2800

City: Sacramento   State: CA   Zip: 95814

Phone Number w/Area Code: 916-840-3150   Bar #: 166171

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 13, 2025

Dena Coggins
United States District Judge