ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Tel: (916) 840-3150
Fax: (916) 840-3159

SUZANNE M. WATSON, Admitted *Pro Hac Vice*
suzanne.watson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C
Pabst Boiler House
1243 N 10th Street, Suite 200
Milwaukee, Wisconsin 53205

Attorneys for Defendant
ULTA SALON, COSMETICS
& FRAGRANCE, INC.

KELSEY A. WEBBER, SBN 303721
kelsey.webber@webberlawgroup.com
DOUGLAS M. EGBERT, SBN 265062
douglas.egbert@webberlawgroup.com
SHAELYN A. STEWART, SBN 335149
shaelyn.stewart@webberlawgroup.com
WEBBER & EGBERT EMPLOYMENT LAW, P.C.
2304 N Street
Sacramento, CA 95816
Tel: (916) 588-0683

Attorneys for Plaintiff
JESSICA LEWIS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:24-cv-01108-DC-ICD<br><br>**JOINT STIPULATION AND ORDER SEEKING TO MODIFY SCHEDULING ORDER**<br><br>Action Filed: March 12, 2024<br>Removal Filed: April 12, 2024<br>Trial Date: None Set |

Plaintiff Jessica Lewis ("Plaintiff") and Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate and agree as follows:

**STIPULATION**

A. WHEREAS, on December 19, 2025, the Court issued a Scheduling Order in the above-captioned case, (Dkt. #23), which contains the following remaining case deadlines:

1. Completion of ADR/Non-Judicial Process: November 30, 2026
2. Fact Discovery Completion: December 18, 2026
3. Expert Witness Disclosures and Reports: January 8, 2027
4. Rebuttal Expert Disclosures and Reports: January 22, 2027
5. Expert Discovery Completion: March 12, 2027
6. Motion Deadline: April 9, 2027

B. WHEREAS, no final pretrial conference or trial dates have been set in this case at this time. (*See* Dkt. #23.)

C. WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(4), a pretrial schedule "may be modified only for good cause and with the judge's consent." Good cause requires a showing of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

D. WHEREAS, the Parties have diligently and cooperatively participated in discovery, including exchanging initial disclosures, propounding and responding to written discovery requests, and exchanging documents.

E. WHEREAS, despite this diligent exchange of information in discovery, the Parties still need more time to complete the discovery and depositions needed to adequately prepare the case for trial or settlement, and agree the additional time will also help to potentially facilitate a resolution through mediation.

F. WHEREAS, the Parties therefore seek to amend the Scheduling Order to extend the remaining case deadlines as follows:

1. Completion of ADR/Non-Judicial Process: March 1, 2027

2. Expert Witness Disclosures and Reports: March 10, 2027

3. Rebuttal Expert Disclosures and Reports: March 17, 2027

4. Expert Discovery Completion: April 9, 2027

5. Fact Discovery Completion: April 9, 2027

6. Motion Deadline: April 9, 2027 (unchanged)

G. WHEREAS, there have been no prior requests for extension of deadlines by either party in this case.

H. WHEREAS, good cause exists to extend the case deadlines as set forth herein.

I. WHEREAS, this request is not made for any improper purpose and the requested amendments to the Scheduling Order will not prejudice any party or unnecessarily delay these proceedings.

**IT IS HEREBY STIPULATED:**

1. The Parties wish to amend the Scheduling Order to reflect the following remaining case deadlines:

a. Completion of ADR/Non-Judicial Process: March 1, 2027

b. Expert Witness Disclosures and Reports: March 10, 2027

c. Rebuttal Expert Disclosures and Reports: March 17, 2027

d. Expert Discovery Completion: April 9, 2027

e. Fact Discovery Completion: April 9, 2027

f. Motion Deadline: April 9, 2027 (unchanged)

Dated: November 12, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE

DATED: November 10, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Anthony J. DeCristoforo
Anthony J. DeCristoforo
Suzanne M. Watson

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

DATED: November 10, 2026

WEBBER & EGBERT EMPLOYMENT LAW, P.C.

By: /s/ Shaelyn A. Stewart
Kelsey A. Webber
Douglas M. Egbert
Shaelyn A. Stewart

Attorneys for Plaintiff
JESSICA LEWIS

**ORDER**

The Court having reviewed the foregoing Joint Stipulation, and good cause appearing:

IT IS HEREBY ORDERED that the Scheduling Order in the above-captioned matter be modified to reflect the following remaining case deadlines:

1. Completion of ADR/Non-Judicial Process: March 1, 2027
2. Expert Witness Disclosures and Reports: March 10, 2027
3. Rebuttal Expert Disclosures and Reports: March 17, 2027
4. Expert Discovery Completion: April 9, 2027
5. Fact Discovery Completion: April 9, 2027
6. Motion Deadline: April 9, 2027 (unchanged)

**IT IS SO ORDERED.**